IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSTAR INWAY, INC.,
a Florida corporation,

      Plaintiff,

v.

UNITED WAY TRANSPORTATION INC.,
an Illinois corporation,

      Defendant.
_____/

Case No: 3:23-CV-00839

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT UNITED WAY TRANSPORTATION INC.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LANDSTAR INWAY, INC. ("Landstar" or "Plaintiff") hereby moves for entry of a Default by the Clerk against Defendant UNITED WAY TRANSPORTATION INC. ("United Way" or "Defendant") and as grounds, states the following:

1. This is an action brought by Landstar to recover for losses and damages it incurred when Defendant United Way failed to properly handle, carry, and deliver goods in interstate commerce as United Way was obliged to do as a registered motor carrier.

2. At all relevant times, United Way was a motor carrier registered and authorized by the Federal Motor Carrier Safety Administration ("FMCSA").

3. Landstar utilized the services of Investigative Analysis, LLC ("Investigative Analysis") to serve United Way.

4. Landstar, utilizing the services of Investigative Analysis, made multiple attempts to serve United Way in accordance with Federal Rule of Civil Procedure 4(m), which were unsuccessful.

5. On November 8, 2023, Landstar, utilizing the services of Investigative Analysis, was able to effectuate service of United Way. See Dkt. No. 06.

6. On November 13, 2023, a copy of the Return of Service was filed with the Court. See Dkt. No. 06.

7. Thus, United Way's response to the Complaint was due on November 29, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

8. United Way has not served a responsive pleading or otherwise appeared to defend this action as required by Rule 12 of the Federal Rules of Civil Procedure.

9. Because United Way has failed to make an appearance in this case and has otherwise failed to file a responsive pleading or request an extension of time to file a response, Landstar requests the Clerk enter a

Default by Clerk for United Way's failure to file any response to the Complaint.

Date: January 16, 2024                    Respectfully submitted,

/s/  Sophia L. Bernard, Esq.
　　Sophia L. Bernard, Esq.
　　Florida Bar No. 113805
　　Lauren Feldman, Esq.
　　Florida Bar No. 010075
　　TAYLOR NELSON PL,
　　20 3rd Street SW, Suite 209
　　Winter Haven, FL 33880
　　(863) 875-6950 (tel)
　　(863) 875-6955 (fax)
　　sbernard@taylorlawpl.com
　　lfeldman@taylorlawpl.com
　　efiling@taylorlawpl.com
　　lroberts@taylorlawpl.com

　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2024, the foregoing document was filed with the Clerk of Court through the CM/ECF system and mailed via U.S. Mail, postage prepaid to UNITED WAY TRANSPORTATION INC., c/o Registered Agent, Vitaliy Kholod, 6321 W. Dempster St., Unit #134, Morton Grove, Illinois 60053.

                                  /s/ Sophia L. Bernard, Esq.