United States District Court
Middle District of Florida
Jacksonville Division

**LANDSTAR INWAY, INC.,**

    *Plaintiff,*

v.                                              NO. 3:23-cv-839-MMH-PDB

**UNITED WAY TRANSPORTATION INC.,**

    *Defendant.*

# Order

Landstar Inway, Inc., moves for entry of clerk's default against United Way Transportation Inc. Doc. 10. According to a return of service filed by Landstar, United Way was served with process on November 8, 2023. Doc. 7.[*] United Way's response to the complaint was due by November 29, 2023 (21 days after service of process, *see* Fed. R. Civ. P. 12(a)(1)(A)(i)). The deadline to move for default was December 27, 2023 (28 days after United Way failed to respond, *see* Local Rule 1.10(b)). Landstar filed the motion, Doc. 10, on January 16, 2024.

For membership in the Court's bar, counsel acknowledged she would comply with the Local Rules. *See* Local Rule 2.01(b)(1)(D) ("Membership in the Middle District bar requires … an acknowledgment that the applicant will

---

[*]Landstar filed the complaint on July 18, 2023. Doc. 1. Landstar failed to serve United Way within the time limit required by Federal Rule of Civil Procedure 4(m), and the Court entered an order to show cause why the case should not be dismissed for failure to prosecute, Doc. 5. Landstar responded, Doc. 8, and the Court discharged the order to show cause, Doc. 9.

comply with the federal rules and these local rules[.]"). The motion for default, Doc. 10, violates the Local Rules in these ways:

- The motion is untimely under Local Rule 1.10(b).

- The motion does not include a memorandum of law explaining how service of process on United Way was proper as required by Local Rule 3.01(a).

- The motion includes a proposed order prohibited by Local Rule 3.01(f).

Moreover, Landstar has failed to file a disclosure statement as required under Local Rule 3.03 and Federal Rule of Civil Procedure 7.1.

By **February 2, 2024**, Landstar must file a disclosure statement and must show cause why sanctions should not be imposed for failure to comply with the rules. The motion for default, Doc. 10, is **denied** without prejudice as untimely.

A form disclosure statement can be found on the Court's website under "Forms" and "Disclosure Statement": https://www.flmd.uscourts.gov/forms/all. For future papers, counsel must use the full case designation, No. 3:23-cv-839-MMH-PDB.

**Ordered** in Jacksonville, Florida, on January 17, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2